**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

WANDA J. GREEN                                                                                    PLAINTIFF

v.                                               4:04CV00654 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 22nd day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE