**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

WANDA GREEN                                                                                          PLAINTIFF

V.                                          4:04CV00654 JTR

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration                                                                                       DEFENDANT

**ORDER**

Pending before the Court[1] is Plaintiff's Petition for Attorney's Fees (docket entry #17), pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Defendant has filed a Response (docket entry #18). For the reasons set forth herein, the Petition will be granted.

On July 8, 2004, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") that denied her social security benefits (docket entry #2). On August 22, 2005, the Court entered a Memorandum and Order and Judgment (docket entries #14 and #15) that remanded the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On October 21, 2005, Plaintiff's attorney, Mr. Alan J. Nussbaum, filed a Petition for Attorney's Fees seeking payment under the EAJA for 13.9 hours of work performed by him at a rate of $125.00 an hour ($1,737.50). Defendant does not object to the Petition.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and that  the amount requested by Plaintiff's attorney is

---

[1] On August 13, 2004, the parties consented to proceed before a United States Magistrate Judge (docket entry #8).

reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $1,737.50.

IT IS THEREFORE ORDERED that Plaintiff's Petition for Attorney's Fees under the EAJA (docket entry #17) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Alan J. Nussbaum, attorney for Plaintiff, $1,737.50, which has been awarded as fees pursuant to the EAJA.

DATED this 21st day of November, 2005.

```
                                    /s/ J. Thomas Ray
                                    UNITED STATES MAGISTRATE JUDGE
```